IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DONNIE SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-159 (WLS-TQL) |
| | * |
| THOMAS COUNTY JAIL, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 3rd day of November, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk